**UNTIED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHERYL ANN PITTENGER

                Plaintiff,

                                  CASE NO. 11-15311

v.

                                  HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY**
**JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      Plaintiff Cheryl Ann Pittenger brings this petition for disability insurance benefits.

The case was referred to Magistrate Judge Mona Majzoub pursuant to 28 U.S.C. §

636(b)(1).  After the administrative law judge denied Plaintiff's petition, Plaintiff appealed

and both parties filed a motion for summary judgment.   In a Report and

Recommendation ("R&R") dated January 22, 2013, the Magistrate Judge recommended

that Plaintiff's motion for summary judgment be denied and Defendant's motion for

summary judgment be granted.

      In her R&R, the Magistrate Judge informed the parties that objections to the R&R

must be filed within "14 days of service of a copy hereof" and a "[f]ailure to file specific

objections constitutes a waiver of any further rights of appeal."  R&R at 9.  Neither party

filed an objection.

      Because no objections have been filed in this case, the parties waived their right

to *de novo* review and appeal.  Accordingly, the Court **ADOPTS** the Magistrate Judge's

recommendation, **GRANTS** Defendant's motion for summary judgment, and **DENIES**

Plaintiff's motion for summary judgment.

      **IT IS SO ORDERED.**

                  s/Marianne O. Battani
                  MARIANNE O. BATTANI
                  UNITED STATES DISTRICT JUDGE


DATE:  March 8, 2013

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on the above date a copy of this Order was served upon all parties of record, via the Court's ECF Filing System.

                  s/Bernadette M. Thebolt
                  Case Manager